**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE E. JACOBS IV, | ) | CASE NO. CV 09-00258 DOC (RZ) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| DERRAL G. ADAMS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 22, 2009

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE