**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE E. JACOBS IV, | ) | CASE NO. CV 09-00258 DOC (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| DERRAL G. ADAMS, WARDEN, | ) ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of GEORGE E. JACOBS IV, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 22, 2009

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE